Case Name: ROBERT, VICTORIA ELISA
Case No: 06 B 70111

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 18, 2007           WILLIAM T. NEARY
                                    United States Trustee, Region 11


                         BY:    _____/s/_____
                                CAROLE J. RYCEK
                                Attorney for the U.S. Trustee