IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ROBERT, VICTORIA ELISA

CASE NO. 06-70111 MB

Judge Manuel Barbosa

Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION,
(AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

   on:   October 22, 2007
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 2,108.10 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 2,848.00 | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 19 2007

KENNETH S. GARDNER, CLERK
BY:_____
DEPUTY CLERK

EXHIBIT A

4. The Trustee's Final Report shows total:

   a. Receipts        $ 13,580.97

   b. Disbursements        $ 23.75

   c. Net Cash Available for Distribution        $ 13,557.22

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $8,601.12, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $20,041.02, resulting in an approximate distribution of 42.92% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 9-6-07

James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores              Page 1 of 1          Date Rcvd: Sep 19, 2007
Case: 06-70111                Form ID: pdf002            Total Served: 16

The following entities were served by first class mail on Sep 21, 2007.
db           +Victoria Elisa Robert,   1110 31st Street,   Rockford, IL 61108-3738
aty          +Gary C Flanders,   1 Court Place  Suite 201,   Rockford, IL 61101-1042
aty          +Tyler A Moore,   6833 Stalter Drive,   First Floor,   Rockford, IL 61108-2579
tr           +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, IL 61108-2579
10580843      Best Buy/Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
10746509     +CAPITAL ONE BANK,   C/O TSYS DEBT MGMT,   PO BOX 5155,   NORCROSS , GA 30091-5155
10580844      Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
10698488     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10580845      Chase Visa,   PO Box 15298,   Wilmington, DE 19850-5298
10683621     +Household Bank (SB), N.A. (Menards),   eCast Settlement Corporation,
               c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
10600872     +Household Bank SB NA Best Buy Co Inc,   c/o Bass & Associates P C,   3936 E Ft Lowell Rd #200,
               Tucson, AZ 85712-1083
10580849     +Menards/Retail Services,   PO Bxo 15521,   Wilmington, DE 19850-5521
10580850     +Norridge Police Department,   4020 North Olcott Avenue,   Norridge, IL 60706-1109

The following entities were served by electronic transmission on Sep 20, 2007.
10580847      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 20 2007 04:05:14      Discover,   PO Box 15192,
               Wilmington, DE 19850-5192
10580848      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 20 2007 04:05:14      Discover,   PO Box 30395,
               Salt Lake City, UT 84130-0395
10678254      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 20 2007 04:05:14
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10580846      Citi Cards,   Box 6000,   The Lakes, NM 88163-6000
aty*         +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 21, 2007**                    **Signature:** _Joseph Speetjens_