UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| VICTORIA ELISA ROBERT, | ) | Case No. 06-70111 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: _January 22, 2008_

WILLIAM T. NEARY,
United States Trustee

By: _____
Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2007 through November 30, 2007
Account Number: **000312976866965**

## CUSTOMER SERVICE INFORMATION

Service Center:   1-800-634-5273



00001774 DBI 802 24 34407 - NNN  6 000000000 60 0000
06-70111 ROBERT VICTORIA ELISA
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $68.40 |

This account earns interest daily and the current interest rate is 0.60%.

The total interest paid this year is $68.40.

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2007 through November 30, 2007
Account Number: **000312976866966**

### CUSTOMER SERVICE INFORMATION

Service Center:  1-800-634-5273



00015060 DBI 802 24 33707 - NNN  1  000000000  60 0000
06-70111 ROBERT VICTORIA ELISA
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $1,628.58 |
| Checks Paid | 1 | - 1,628.58 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 106 | 11/13 | $1,628.58 |
| **Total Checks Paid** |  | **$1,628.58** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/13 | $0.00 |

**JPMorganChase**

June 01, 2007 through June 29, 2007
Account Number: **000312976866965**

**IMAGES**

ACCOUNT # 000312976866965



009170758353 JUN 14 #0000001001 $23.75



009170758353 JUN 14 #0000001001 $23.75



Page 2 of 2

JPMorganChase

September 29, 2007 through October 31, 2007

Primary Account: **000312976866965**

| IMAGES | ACCOUNT # 000312976866966 |



008570569757 OCT 25 #0000000101 $2,848.00



008570569757 OCT 25 #0000000101 $2,848.00



008570569758 OCT 25 #0000000102 $2,108.10



008570569758 OCT 25 #0000000102 $2,108.10

**JPMorganChase**

September 29, 2007 through October 31, 2007

Primary Account: **000312976866965**

ACCOUNT # 000312976866966



008870192887 OCT 29 #0000000103 $2,178.58



008870192887 OCT 29 #0000000103 $2,178.58



008670742213 OCT 31 #0000000104 $307.68



008670742213 OCT 31 #0000000104 $307.68



**JPMorganChase**

September 29, 2007 through October 31, 2007

Primary Account: **000312976866965**

ACCOUNT # 000312976866966





008670744620 OCT 30 #0000000105 $4,498.58



008670744620 OCT 30 #0000000105 $4,498.58

JPMorganChase

November 01, 2007 through November 30, 2007
Account Number: **000312976866966**

## IMAGES

ACCOUNT # 000312976866966

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

JPMORGAN CHASE BANK, N.A.

One Thousand Six Hundred Twenty-Eight Dollars and 58/100

CAPITAL ONE BANK

00000106 021000021 312976866966 0000162858

008870074420 NOV 13 #0000000106 $1,628.58

008870074420 NOV 13 #0000000106 $1,628.58